UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

RAY SILVA,                               )     Case No. CV 09-3173-DMG  (OP)
                                         )
                                         )     ORDER ADOPTING FINDINGS,
              Petitioner,                )     CONCLUSIONS, AND
                                         )     RECOMMENDATIONS OF
       v.                                )     UNITED STATES MAGISTRATE
                                         )     JUDGE
JAMES D. HARTLEY, Warden,                )
                                         )
                                         )
              Respondent.                )
_____ )

       Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records

and files herein, and the Report and Recommendation of the United States Magistrate

Judge, de novo.  The Court concurs with and adopts the findings, conclusions, and

recommendations of the Magistrate Judge.

/ / /

/ / /

/ / /

1    IT IS ORDERED  that Judgment be entered:  (1) approving and adopting this

2  Report and Recommendation; and (2) directing that Judgment be entered denying the

3  Petition and dismissing this action with prejudice.

4

5  DATED:   October12, 2010

6                                                    DOLLY M. GEE
                                                    United States District Judge

7

8  Prepared by:

9

10

11

12  HONORABLE OSWALD PARADA
    United States Magistrate Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28