JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAY SILVA, <br><br> Petitioner, <br><br> v. <br><br> JAMES D. HARTLEY, Warden, <br><br> Respondent. | Case No. CV 09-3173-DMG (OP) <br><br> J U D G M E N T |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: October 12, 2010

DOLLY M. GEE
United States District Judge

Prepared by:

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge